**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------X

NOV 10 2005

BROOKLYN OFFICE

**RICHARD BONNER**
**98-A-5367**

**ORDER**
**CV 05-4209 (JG)**

**VS**

**JOSEPH T. SMITH**

-------------------------------------------------X

A hearing will be held in the captioned case on  January 13, 2006 at 9:30 a.m.  .

The Warden is to have the petitioner available via telephone to participate at this hearing.

Please call Vivian Klein at 718-260-2455 before the scheduled date to set up the hearing.

SO ORDERED

s/John Gleeson

JOHN GLEESON, U.S.D.J.

Dated: November 7, 2005
       Brooklyn, New York