**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 17 2006 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
RICHARD BONNER
98-A-5367

VS

JOSEPH T. SMITH

-------------------------------------------------X

ORDER
CV 05-4209        (JG)

A hearing will be held in the captioned case on __February 24, 2006   @ 9 :30am__.

The Warden is to have the petitioner available via telephone to participate at this hearing.

Please call Vivian Klein at 718-260-2455 before the scheduled date to set up the hearing.

SO ORDERED

s/John Gleeson
_____
JOHN GLEESON, U.S.D.J.

Dated: February 6, 2006
       Brooklyn, New York