UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RICHARD BONNER,  JUDGMENT
 05-CV- 4209 (JG)
                      Petitioner,

-against-

JOSEPH T. SMITH, Warden,

**FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ MAR 14 2006 ★
BROOKLYN OFFICE**

                      Respondent.
-----------------------------------------------------------------X

       A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on February 24, 2006, granting the petition for a writ of habeas corpus in part; remanding the case to the New York Supreme Court, County of Kings, with instructions to vacate petitioner's convictions for first degree assault as to David Foster and Joseph Battle, and to reduce petitioner's sentence accordingly from a total of 75 years to 25 years; it is

       ORDERED and ADJUDGED that the petition for a writ of habeas corpus is granted in part; that the case is remanded to the New York Supreme Court, Count of Kings, with instructions to vacate petitioner's convictions for first degree assault as to David Foster and Joseph Battle, and to reduce petitioner's sentence accordingly from a total of 75 years to to 25 years.


Dated: Brooklyn, New York
       March  7 , 2006


s/John Gleeson
_____
JOHN GLEESON
United States District Judge

s/Robert C. Heinemann
_____
ROBERT C. HEINEMANN
Clerk of Court